# IN THE SUPREME COURT OF THE STATE OF NEVADA

KB HOME NEVADA INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
LIBERTY AT PARADISE COMMUNITY ASSOCIATION; ALDO E. VINNETTILLI; FANNIE B. VINNETTILLI; LOVELLE-CRAMBLIT LIVING TRUST; JODY FORD REVOCABLE LIVING TRUST; JOHN D. LEE; LEO J. MEYER, III; MARGARET E. MEYER, III; LORI KLABACHA; LYNDA M. BEAM; MIRNA A. VALLEJO; NANCY WARDZINSKI; ALISON A. RICHARDS; RANDY A. NEAR; RICHARD J. CIOLFI; ROBERT J. FRANKO; JANET E. FRANKO; SHANE D. PETERSON; STEVE JOHNSON; AND KAREN JOHNSON,
Real Parties in Interest.

No. 73861

FILED

NOV 30 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order determining that NRS Chapter 40 notice requirements were met in a construction defect action. Having considered the petition and appendix filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time.

*Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see* NRAP 21(b)(1). In particular, the district court has not yet considered or ruled upon the impact of AB 125 (2015) on this litigation. Accordingly, we

ORDER the petition DENIED, without prejudice to petitioner's ability to renew the petition, if appropriate.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich


cc:    Hon. Jerry A. Wiese, District Judge
Wood, Smith, Henning & Berman, LLP/Las Vegas
Pisanelli Bice, PLLC
Angius & Terry LLP/Las Vegas
Eighth District Court Clerk

